No. 89–1937. QUANTUM CHEMICAL CORP. *v.* DISTILLERY, WINE & ALLIED WORKERS INTERNATIONAL UNION, LOCAL UNION NO. 32, AFL–CIO. C. A. 6th Cir. Certiorari denied.

No. 89–1938. KIRCHDORFER ET AL. *v.* SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 89–1939. TRI-STATE MOTOR TRANSIT CO. *v.* ATKINSON ET AL. Ct. App. Okla. Certiorari denied.

No. 89–1941. BAKER *v.* AUBRY, CALIFORNIA STATE LABOR COMMISSIONER, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–1942. BLOOM *v.* UNITED STATES; and FISHER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–1943. KLEASNER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 89–1945. BROWN (LAMAR) *v.* FOX VALLEY & VICINITY CONSTRUCTION WORKERS PENSION FUND ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–1946. BERGMAN *v.* DEPARTMENT OF COMMERCE ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–1947. GRAHAM *v.* WERNZ. Sup. Ct. Minn. Certiorari denied.

No. 89–1948. ENCORE ASSOCIATES, INC., ET AL. *v.* SHINER ET UX. Super. Ct. Pa. Certiorari denied.

No. 89–1950. PHILLIPS *v.* UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE. C. A. 4th Cir. Certiorari denied.

No. 89–1953. AMERICAN POSTAL WORKERS UNION, AFL–CIO *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 9th Cir. Certiorari denied.